Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DIANE BROOKE SANDERSON,<br><br>　　　　　Defendant. | No.  6:14-MJ-143-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

　　　　Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice.

Dated:  January 15, 2015　　　　　　　NATIONAL PARK SERVICE

　　　　　　　　　　　　　　　　　　　　 /S/ Matthew McNease_____
　　　　　　　　　　　　　　　　　　　Matthew McNease
　　　　　　　　　　　　　　　　　　　Acting Legal Officer

1

Yosemite National Park, CA

**<u>ORDER</u>**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Diane Brooke Sanderson,* 6:14-mj-143-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   January 16, 2015          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE